JUDGE STEIN

08 CV 5484

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIRINA FIRE PROTECTION CORP.

Plaintiff,

-v-

AMEC CONSTRUCTION MANAGEMENT, INC.,

Defendant.

---

Case No. _____

Rule 7.1 Statement

RECEIVED
JUN 18 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Sirina Fire Protection Corp.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: June 12, 2008

_____
Signature of Attorney

Attorney Bar Code: DC-2122

Form Rule7_1.pdf  SDNY Web 10/2007