UNITED STATES DICTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SIRINA FIRE PROTECTION CORP.

                                 Plaintiff,

-against-

AMEC CONSTRUCTION MANAGEMENT, INC.,
                                 Defendant.
------------------------------------------------------------------X

Index No.: 08 CV 5484 (STEIN)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

       **RONALD GUEST**, being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and reside in the State of New York;

2. That on June 19, 2008, at approximately 10:13 a.m., I served by hand a true and correct copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT,** Electronic Case Filing Rules & Instructions, Individual Practices of Judge Sidney H. Stein, Individual Practices of Magistrate Judge Andrew J. Peck, all upon **AMEC CONSTRTUCTION MANAGEMENT, INC., C/o CT Corporation Systems, Inc.,** by Personal Service, via Ms. Nora Dindyal, who identified herself as a "Process Specialist" as well as being authorized, as Registered Agent to accept service on behalf Amec Construction Management, Inc., which service was effected at the place of business indicated below:

        AMEC CONSTRUCTION MANAGEMENT, INC
        C/o CT Corporation Systems Inc.
        111 Eighth Avenue / 13th Floor
        New York, New York 10011

3. **Ms. Nora Dindyal** can best be described as:

Middle Eastern Female – Light Brown skin - Black hair -  Brown eyes  -  Approximately 33 - 43 years of age, 5'4" – 5'7" and 100 - 125 lbs.

Dated:  June 19, 2008
           New York, New York

                                                                    _____
                                                                    RONALD GUEST
                                                                    License No. 1282614

Sworn to before me on this the 19th day of June 2008.

_____
NOTARY PUBLIC

                                  JENIQUE TORRES
                         Notary Public, State of New York
                             No. 01TO6092182
                        Qualified in New York County
                  Commission Expires May 12, 2011

---

**RAPID & RELIABLE ATTORNEY SERVICE, CORP.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 3265
NEW YORK, NEW YORK 10008
212-608-1555

*"We've built our reputation on your satisfaction"*