Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SIRINA FIRE PROTECTION CORP.,

                Plaintiff,

      -against-

AMEC CONSTRUCTION MANAGEMENT, INC.

                Defendant,
-----------------------------------------------------------X

Case No.
08 Civ. 5484 (SAS)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

IT IS HEREBY STIPULATED AND AGREED, as follows:

1.     The time within which defendant must file a responsive pleading in the above referenced matter is extended for a period of thirty (30) days to August 8, 2008.

Dated  New York, New York
       July 8, 2008

GOETZ FITZPATRICK, LLP

By: _____
   Donald J. Carbone, Esq. (DC-2122)
Attorneys for Sirina Fire Protection Corp.
One Penn Plaza, Suite 4401
New York, New York 10119
(212) 695-8100

HOLLAND & KNIGHT, LLP

By: _____
   Frederick R. Rohn, Esq. (FR-7920)
Attorneys for AMEC Construction Management, Inc.
195 Broadway, 24th Floor
New York, New York 10007
(212) 513-3200

7/10/08