UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SIRINA FIRE PROTECTION CORP.,                    Case No.
                                                 08 Civ. 5484 (SAS)
                    Plaintiff,

        -against-                                **RULE 7.1 DISCLOSURE**
                                                 **STATEMENT**

AMEC CONSTRUCTION MANAGEMENT, INC.

                    Defendant,
-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant AMEC Construction Management, Inc. ("Defendant"), states that the following are any parent corporations of Defendant and any publicly held corporations owning 10% or more of stock in Defendant:

   (i)    AMEC Holdings, Inc.

   (ii)   AMEC Property and Overseas Investments, Ltd.

   (iii)  AMEC USA Limited.

   (iv)   AMEC plc.

Dated  New York, New York
       August 8, 2008

                                        Respectfully submitted,

                                        HOLLAND & KNIGHT, LLP

                                        By: _____
                                            Frederick R. Rohn, Esq. (FR-7920)
                                            Attorneys for AMEC Construction
                                               Management, Inc.
                                            195 Broadway, 24th Floor
                                            New York, New York  10007
                                            (212) 513-3200

# 5532104_v1