UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

SIRINA FIRE PROTECTION CORP.,

            Plaintiff,

    -against-

AMEC CONSTRUCTION MANAGEMENT, INC.,

           Defendant.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/25/09

08 Civ. 5484 (SHS) (AJP)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**ANDREW J. PECK, United States Magistrate Judge:**

    The settlement conference originally scheduled for April 2, 2009 is rescheduled to **April 3, 2009 at 2:30 p.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

    On or before March 30, 2009 counsel shall provide a confidential settlement memorandum to my chambers, as described in my prior Order.

    SO ORDERED.

DATED:    New York, New York
            March 25, 2009

                                Andrew J. Peck
                                United States Magistrate Judge

Copies **by fax & ECF** to:    Paul M. Weidenbaum, Esq.
                                Francesca Morris, Esq.
                                Michael G. DiPaolo, Esq.
                                Judge Sidney H. Stein

C:\ORD\